UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                              Plaintiff,

    v.

                                                             10-CV-736S

ONE 2008 DODGE MAGNUM,
VEHICLE IDENTIFICATION NUMBER
2D4FV47T88H166313,

                              Defendant.

## **ORDER FOR SETTLEMENT AND FORFEITURE**

Based upon the Stipulation for Settlement and Forfeiture previously filed in the above captioned litigation and after review and due deliberation, it is hereby

ORDERED, that the claimant, Joel Stickney, shall pay the sum of $10,000.00 United States currency to the U.S. Department of Homeland Security, U.S. Customs and Border Protection, which shall be substituted in place of the defendant vehicle, one 2008 Dodge Magnum, VIN 2D4FV47T88H166313, and shall be forfeited to the United States pursuant to Title 21, United States Code, Section 881(a)(4) and Title 49, United States Code, Section 80303 to be disposed of according to law; and it is further

ORDERED, that upon the payment of $10,000.00 by the claimant, the plaintiff shall have no further claim to the defendant vehicle based upon the events set forth in the Verified Complaint for Forfeiture filed in this action, and the plaintiff shall authorize the U.S. Department of Homeland Security to release the defendant vehicle to the claimant, Joel Stickney.

DATED: Buffalo, New York
December 2, 2010

                                                        s/William M. Skretny
                                                   WILLIAM M. SKRETNY
                                                          Chief Judge
                                            United States District Court